| **Return** | | |
|---|---|---|
| Case No.:<br>3:23mj 384 (RAR) | Date and time warrant executed:<br>4/25/2023 8:28 Am | Copy of warrant and inventory left with:<br>Shawn Tyson |
| Inventory made in the presence of :<br>Insp. Lou Forma ~ CT CSA, MFCU | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

- See attached Property Receipt

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/25/2023

_____
Executing officer's signature

Ryan Driscoll, Special Agent, DHHS-OIG
*Printed name and title*



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

OFFICE OF INVESTIGATIONS



| PROPERTY RECEIPT | | | Date 4/25/2023 | Office HFO |
|---|---|---|---|---|
| (circle where appropriate) | Name Ryan Driscoll | | Title Special Agent | |
| RECEIVE FROM | Street Address – City – State – Zip Code Shawn Tyson   3 Craigmore Rd, Bloomfield | | Telephone Number (include area code) 860-778-9078 | |
| RECEIVED BY | SA Ryan Driscoll | | 860-840-4741 | |

Description of Items Received

~ (1) iphone 15 Pro max   S/N D29MM20RH3
~ (1) black otterbox case

_Nothing Further_

Received From (Signature)

Received By (Signature)

This document, including any attachments and information contained therein, is the property of the Office of Inspector General (OIG), United States Department of Health and Human Services (HHS), and is for OFFICIAL USE ONLY. The original and any copies of the report must be appropriately controlled and maintained. Disclosure to unauthorized persons without prior written approval of the Deputy Inspector General for Investigations or his/her designee is strictly prohibited and may subject the disclosing party to liability. Unauthorized persons may include, but are not limited to, individuals referenced in the report, contractors, and individuals outside the HHS. Public disclosure is determined by the Freedom of Information Act (Title 5, U.S.C., Section 552) and the Privacy Act (Title 5, U.S.C., Section 552a).

Form OI-47 (06/2013)